[No. 4022–II.  Division Two.  May 11, 1981.]

R. BRUCE HARROD, ET AL, *Respondents,* v. JAMES B. HARTSTROM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 71266, Thomas A. Swayze, Jr., J., entered March 23, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4192–II.  Division Two.  May 12, 1981.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INC., *Respondent,* v. ROBERT D. FRYBERGER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 69844, Thomas L. Lodge, J., entered June 21, 1979. *Affirmed* by unpublished opinion per J. Guthrie Langsdorf, J. Pro Tem., concurred in by Reed, C.J., and Petrie, J.

[No. 4622–II.  Division Two.  May 12, 1981.]

THE STATE OF WASHINGTON, *Respondent* v. JERRY L. REICHERT, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–2109, Herbert E. Wieland, J., entered February 15, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.